**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------X

SHOWER B CLEAN, LLC

       Plaintiff,

  v.

SC JOHNSON AND SONS INC,

       Defendant,

and

SC JOHNSON AND SONS INC.

       Counterclaim-Plaintiff,

v.

SHOWER B CLEAN, LLC

       Counterclaim-Defendant.

---------------------------------------------------------X

Case no. 1:14-CV-00348 LEK/CFH

## **STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated, by and between Plaintiff and Counterclaim-Defendant Shower B Clean, LLC and Defendant and Counterclaim-Plaintiff S.C. Johnson & Son, Inc., by their respective attorneys, that all claims and counterclaims asserted in this action may, without further notice, be dismissed with prejudice and without costs or fees to either party.

Dated: November 20, 2014

| /s/Thomas M. Owens<br>Thomas M. Owens, Esq.<br>P.O. Box 307<br>Slingerlands, NY 12159<br>Tel.: (518) 505-3600<br>thomas.owens@thomasowenslaw.com<br><br>*Attorney for Plaintiff and Counterclaim-Defendant Shower B Clean, LLC* | /s/Kadie M. Jelenchick<br>FOLEY & LARDNER LLP<br>Richard J. Bernard<br>90 Park Avenue<br>New York, NY 10016<br>Tel: (212) 682-7474<br>Fax: (212) 687-2329<br>rbernard@foley.com<br><br>Kadie M. Jelenchick<br>Michelle A. Moran<br>777 East Wisconsin Avenue<br>Milwaukee, WI 53202<br>Tel: (414) 271-2400<br>Fax: (414) 297-4900<br>kjelenchick@foley.com<br>mmoran@foley.com<br><br>*Attorneys for Defendant and Counterclaim-Plaintiff S.C. Johnson & Son, Inc.* |

IT IS SO ORDERED:

Lawrence E. Kahn
U.S. District Judge
Dated: November 21, 2014
Albany, NY

4817-2861-5968.2